IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| FLEMING COMPANIES, INC., et al., ) | Case No. 03-10945 |
| ) | Jointly Administered |
| Debtors. ) | |
| _____ ) | |
| POST CONFIRMATION TRUST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| CARTER PERROTT, ) | C.A.No. 05-734 SLR |
| ) | |
| Defendant. ) | |

## SUBSTITUTION OF COUNSEL

Please take notice that Scotta E. McFarland, Esquire, hereby withdraws her appearance as counsel for the Plaintiffs, in the above matter, and that Sherry Ruggiero Fallon, Esquire, hereby enters her appearance on behalf of the Plaintiffs in the above matter.

PACHULSKI, STANG, ZIEHL, YOUNG,  
JONES & WEINTRAUB P.C.

*/s/ Scotta E. McFarland*  
SCOTTA E. MCFARLAND  
(DE BAR ID#4184)  
919 N. Market St., Suite 1600  
P.O. Box 8705  
Wilmington, DE 19899  
(302)652-4100

DATED:

TYBOUT, REDFEARN & PELL

*/s/ Sherry Ruggiero Fallon*  
SHERRY RUGGIERO FALLON  
(DE BAR ID#2464)  
300 Delaware Ave., Suite 1100  
P.O. Box 2092  
Wilmington, DE 19899  
(302)658-6901

DATED: