IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Fleming Companies, Inc., et al.,[1] | ) | Case No. 03-10945 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| Post-Confirmation Trust, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV-00734 (SLR) |
| | ) | |
| Carter Perrott, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE        )
                         )ss
COUNTY OF NEW CASTLE     )

Holly T. Walsh, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., attorneys for the Plaintiff in the above-captioned action, and that on the 1st day of December 2005 she caused a copy of the following document(s) to be served upon the parties on the attached service list(s) in the manner indicated:

---

[1] The Debtors are the following entities: Core-Mark International, Inc.; Fleming Companies, Inc.; ABCO Food Group, Inc.; ABCO Markets, Inc.; ABCO Realty Corp.; ASI Office Automation, Inc.; C/M Products, Inc.; Core-Mark Interrelated Companies, Inc.; Core-Mark Mid-Continent, Inc.; Favar Concepts, Ltd.; Fleming Foods Management Co., L.L.C., Fleming Foods of Texas, L.P.; Fleming International, Ltd.; Fleming Supermarkets of Florida, Inc.; Fleming Transportation Service, Inc.; Food 4 Less Beverage Company, Inc.; Fuelserv, Inc.; General Acceptance Corporation; Head Distributing Company; Marquise Ventures Company, Inc.; Minter-Weisman Co.; Piggly Wiggly Company; Progressive Realty, Inc.; Rainbow Food Group, Inc.; Retail Investments, Inc.; Retail Supermarkets, Inc.; RFS Marketing Services, Inc.; and Richmar Foods, Inc.

28587-001\DOCS_DE:112589.1

**Substitution of Counsel**

_____
Holly T. Walsh

Sworn to and Subscribed before
me this 1st day of December 2005.

_____
Notary Public
Commission Exp.: 02-21-06

VANESSA A. PRESTON
Notary Public - State of Delaware
My Comm. Expires March 21, 2006

**Fleming Companies, Inc.**
Carter Perrott Service List
Case No. CV-00734 (SLR)
Document No. 112590
01 - First Class Mail
01 – Hand Delivery

(Counsel for Fleming Companies, Inc.)
Laura Davis Jones, Esquire
James O'Neill, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Interoffice Delivery*
(Counsel for Fleming Companies, Inc.)
Ira D. Kharasch, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
10100 Santa Monica Blvd., #1100
Los Angeles, CA 90067

*First Class Mail*
Carter Perrott
3163 Hickory Court
Hanford, CA 93230

*Hand Delivery*
Sherry Ruggiero Fallon, Esquire
300 Delaware Avenue, Suite 1100
P.O. Box 2092
Wilmington, DE 19899