IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLEMING COMPANIES, INC., et al., | ) | Case No. 03-10945 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| _____ | ) | |
| POST CONFIRMATION TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| CARTER PERROTT, | ) | C.A. No. 05-734 SLR |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S COMPLIANCE WITH
DISCLOSURES PURSUANT TO LOCAL RULE 26.2**

**Preliminary Statement**

The plaintiff, Post Confirmation Trust ("PCT") hereby provides its Initial Disclosures pursuant to Local Rule 26.2. The disclosures made herein are based on PCT's present knowledge, information, and belief. These disclosures are subject to amendment, in accordance with Rule 26.2, as PCT acquires, reviews and analyzes additional information obtained from the other parties in the proceeding. PCT reserves the right to rely upon any other witnesses that may hereafter come to its attention.

The identification herein of individuals likely to have discoverable information that PCT may use to support its claims is not, and should not be interpreted, as a statement by PCT that the identified individuals actually have relevant knowledge and information and will appear as witnesses at trial.

(A)  The name, address and telephone number of each person with knowledge of the facts relating to the litigation.

**ANSWER:**

Upon information and belief, based upon the Plaintiff's investigation conducted thus, far, the Plaintiff states that the individuals listed below are likely to have discoverable information in this action:

Charles Valdez is a former employee of Food 4 Less, in the area of loss prevention. Mr. Valdez's last known business address is 1850 W. Lacey Blvd, Hanford, CA 93239.

Rick Bettencourt is a former employee of Food 4 Less. Mr. Bettencourt's last known business address is 1850 W. Lacey Blvd, Hanford, CA 93239.

Jacqueline T. Montefusco, is a Team Leader for ESIS Claims. Her business address is 55 Haddonfield Road, Suite 210, Cherry Hill, NJ 08002. Her telephone number is (856)755-6321.

Erin N. Brady of Kirkland & Ellis LLP is counsel for the plaintiff. Her business address is 777 South Figueroa Street, Suite 3700, Los Angeles, CA 90017. Her telephone number is (213) 680-8225.

Sherry Ruggiero Fallon of Tybout, Redfearn & Pell is counsel for the plainitff. Her business address is 300 Delaware Avenue, Suite 1100, Wilmington, DE 19808. Her telephone number is (302)658- 6901.

In addition, the Plaintiff believes that during the discovery process additional witnesses may be identified as likely to have discoverable information. Therefore, the Plaintiff reserves the right to amend and supplement this list at any time up to and including the time when discovery has been completed.

(B)  A statement confirming that those documents in the party's possession, custody or control which are reasonably likely to bear significantly on the claims or defenses asserted, and that are not otherwise protected from discovery as privileged, or as trial preparation materials, or may be subject to a protective order under Fed.R.Civ.P. 26(c), are available for inspection and copying by the other parties. In the statement, the party shall identify those documents being withheld.

**ANSWER:**

The plaintiff identifies that following documents, attached hereto:

Food 4 Less Sweep Sheet, dated 11/30/02

Letters from ESIS National Representative, Greg Moore, addressed to Perrott Carter, dated 9/19/05, 2/11/03, 2/27/03

Letter from Erin M. Brady of Kirkland & Ellis, LLP, addressed to Perrott Carter, dated 5/18/05

Letter from National Representative, Greg Moore addressed to D. Lancy Allyn, M.D. of Certified Medical Group, dated 2/27/03.

Letters from Greg Moore, ESIS National Representative, addressed to various healthcare providers, requesting copies Mr. Perrott's medical records

Copies of Consent to Develop Medical Information, signed by Carter Perrott

Medical Records from the defendant's various healthcare providers, including: D. Lancy Allyn, M.D. of Certified Medical Group, Inc., Hanford Community Medical Center, Central California Emergency Services Medical Grp, Hanford Radiology Medical Group, Kerr Outpatient Center, Fresno/Kings/Madera Emergency Services, Jesse P. Silva, D.C. of optimal Health Chiropractic Center,

Prescription records from Walmart,

Medicare summary Notice, dated 12/16/02

Billing Statements for Adventist Health

Written Response to PCT's Objection to Claim Number 914 Filed by Carter Perrott and Exhibits.

The Plaintiff reserves the right to amend and supplement this list at any time up to and including the time when discovery has been completed.

(C)    The identity of each expert witness retained by the party and expected to be called by the party at trial, together with the dates of any written opinions prepared by each expert.

ANSWER:

The Plaintiff objects to this disclosure, on the basis that it exceeds the scope of Rule 26(b)(4). Without waiving the objection, the plaintiff reserves the right to retain experts in all fields identified by the defendant, including, but not limited to, medical experts. By way

of further response, the plaintiff will identify trial experts, at a time designated by the Court.

(D)  A brief description of any insurance coverage, including excess coverage, that is or may be applicable to the litigation, including: (1) the name and address of all companies insuring the risk; (2) the policy number(s); (3) the type of insurance; and (4) the amounts of primary, secondary and excess coverage.

**ANSWER:**

  **To be supplied.**

                                TYBOUT, REDFEARN & PELL

                                _____
                                SHERRY RUGGIERO FALLON, ESQ.
                                DE BAR ID#2464
                                300 Delaware Avenue, Suite 1100
                                P.O. Box 2092
                                Wilmington, DE  19899-2092
                                (302) 658-6901
DATED: 12/1/05                  Attorneys for the Plaintiff

# CERTIFICATE OF SERVICE

I, SHERRY RUGGIERO FALLON, hereby certify that I have caused to be delivered in the manner indicated below, on this 1st day of December, 2005, true and correct copies of the attached document addressed to:

**Via Overnight Delivery**
Mr. Carter Perrott
3163 Hickory Court
Hanford, CA 93230

                                      TYBOUT, REDFEARN & PELL

                                      #4575
                                      for
                                SHERRY RUGGIERO FALLON, ESQ.
                                DE BAR ID#2464
                                300 Delaware Avenue, Suite 1100
                                P.O. Box 2092
                                Wilmington, DE  19899-2092
                                (302) 658-6901
                                Attorneys for the Plaintiff