# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE

LOCKBOX 31
844 KING STREET
U.S.COURTHOUSE
WILMINGTON, DELAWARE 19801

December 1, 2005

Scotta E. McFarland, Esquire
Pachulski, Stang, Ziehl, Young
 & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE  19899-8705

Carter Perrott
3163 Hickory Court
Hanford, CA 93230

           Re:  Post Confirmation Trust v. Carter Perrott;
                Civ. No. 05-734-SLR

Dear Ms. McFarland and Mr. Perrott:

      Enclosed for your review is a proposed scheduling order pursuant to Fed. R. Civ. P. 16(A) and D. Del. LR 16.2.  On or before **January 3, 2006**, please inform the court, by letter copied to the opposing party, whether you object to any portion of the proposed order and why.  Unless further ordered by the court, a scheduling conference will not be necessary.

                                    Cordially,

                                    SUE L. ROBINSON

SLR/rd

Enclosure

cc:  Peter Dalleo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FLEMING COMPANIES INC. | ) Bk. No. 03-10945(MFW) |
| et al., | ) Jointly Administered |
| | ) |
| Debtors. | ) |
| ------------------------------ | |
| POST CONFIRMATION TRUST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-734-SLR |
| | ) |
| CARTER PERROTT, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this       day of January, 2006, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(c);

IT IS ORDERED that:

1. **Joinder of other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before **February 3, 2006**.

2. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **April 3, 2006**.

3. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver

copies of papers or correspondence to Chambers.

    4.    **Summary Judgment Motions**. All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **May 3, 2006.** Answering briefs and affidavits, if any, shall be filed on or before **June 5, 2006.** Reply briefs shall be filed on or before **June 19, 2006.**

_____
United States District Judge