IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FLEMING COMPANIES INC. | ) Bk. No. 03-10945(MFW) |
| et al., | ) Jointly Administered |
| | ) |
| Debtors. | ) |

------------------------------

| | |
|---|---|
| POST CONFIRMATION TRUST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-734-SLR |
| | ) |
| CARTER PERROTT, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 12th day of December, 2005, defendants having filed information within D.I. 1 and D.I. 2 that appear to be personal and may not be appropriate to share on the public docket;

IT IS ORDERED that, should a party want the personal information to be treated as confidential, the party shall immediately file with the court a motion to seal D.I. 1 and D.I. 2. This procedure is outlined in the "Notice Regarding Personal

Information"[1] attached to this order.

                                                                                              _____
                                                                                  United States District Judge

---

[1] Visit this court's website for more information regarding privacy and the process for sealing documents at www.ded.uscourts.gov and click on the "CM/ECF" link to access "Standing Order and Administrative Procedures" (SEE Paragraph (I) Privacy).