UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

LOCKBOX 31
844 King Street
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

January 1, 2006

FROM: Perrott, Carter  (Claimant)
3163 Hickory Court
HANFORD, CA  93230


TO:   Chambers of Sue L. Robinson
      Chief Judge
      844 King Street
      U.S. Courthouse
      Wilmington, DE 19801


Cc:   SHerry Ruggiero Fallon
      Scotta E. McFarland, Esquire
      Pachulski, Stang, Ziehl, Young & Jones, P.C.
      919 North Market Street, Suite 1600
      P.O. Box 8705
      Wilmington, DE  19899-8705



Re:   Post Confirmation Trust v. Carter Perrott;
      Civ. No.  05-734-SLR


This letter will serve as a formal objection by the plaintiff, Mr. Carter Perrott, to the proposed order.

The reason for the objection is based on four prime factors:

1.    This case has been under the jurisdiction of the Bankruptcy Court in Delaware under the Honorable Mary F. Walrath.  Evidence has been submitted to the Bankruptcy Court that clearly shows that the claims made by the defense, Food 4 Less and its legal representatives, are unsubstantiated.  This case should not be moved to the United States District Court.  The defense has been blatant in its attempts to stall or mislead the Courts, and the request to have the case moved from the Bankruptcy Court to the District Court is another example of the illegal tactics employed by the defense and its legal representatives.

2.      Mr. Perrott has proven that the injuries related to this case are the result of negligence on the part of Food 4 Less stores. Mr. Perrott has further demonstrated that several eyewitnesses, including EMT's and Paramedics, can attest to the fact that he did not have the injury in question prior to the event that occurred at Food 4 Less stores. Mr. Perrott has submitted conclusive evidence from a renowned physician that the injuries in question are due to the negligence of Food 4 Less Stores. The defense has attempted to mislead the Court by stating that the plaintiff has not, to date, had the recommended surgery--an attempt to indicate that the injury is non-existent. However, the defense is well aware of the cost of the surgery and subsequent therapy that Mr. Perrott requires. Mr. Perrott will be able to undergo the necessary procedure after a settlement has been completed.

3.      The defense and its legal representatives have been less than forthcoming with the Court regarding their attempt to settle this case with Mr. Perrott. Mr. Perrott has demonstrated, on several occasions, a willingness to discuss a reasonable settlement . Unfortunately, the defense has not been willing to make a reasonable offer. The defense has Mr. Perrott's home address as well as his telephone number. Yet, statements to the contrary have been made by the defense and its legal representatives.

4.      The defense is well aware that personal injury claims must be settled prior to bankruptcy. To do otherwise would violate **28 U.S.C 157 (b)(2)(B)** which clearly states that "the Court will not consider any substantive Objection to personal injury or wrongful death claims." By law, the original claim, Number 914, must be considered immediately by the Bankruptcy Court and settled prior to bankruptcy.

The plaintiff thanks the Court for consideration of this objection.

Any reply or response to this objection must be served to:

    Mr. Carter Perrott
    3163 Hickory Court
    Hanford, CA 93230
    (559) 589-1974

FedEx US Airbill

1 From
Date: 1/3/06
Sender's Name: Carter Perrott  Phone: 559 589 1974
Address: 3163 Hickory Ct
City: Hanford  State: CA  ZIP: 93230

2 Your Internal Billing Reference: SLR

3 To
Recipient's Name: Lockbox 31
Company: U.S. Courthouse
Address: 844 King St
City: Wilmington  State: DE  ZIP: 19801

FedEx Tracking Number: 8553 7442 6135

4a Express Package Service: FedEx Priority Overnight (X)

5 Packaging: FedEx Envelope

6 Special Handling: No

7 Payment: Sender

FedEx PRIORITY OVERNIGHT
emp# 226944  03JAN06
TRK# 8553 7442 6135  FORM 0200
Deliver By: 04JAN06 A1
19801 -DE-US
XB ZWIA
PHL

RECEIVED JAN 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE