IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLEMING COMPANIES INC. | ) | Bk. No. 03-10945(MFW) |
| et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| ------------------------------ | | |
| POST CONFIRMATION TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-734-SLR |
| | ) | |
| CARTER PERROTT, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this 13th day of January, 2006, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(c);

IT IS ORDERED that:

1. **Joinder of other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before **February 3, 2006.**

2. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **April 3, 2006.**

3. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver

copies of papers or correspondence to Chambers.

4. **Summary Judgment Motions.** All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **May 3, 2006.** Answering briefs and affidavits, if any, shall be filed on or before **June 5, 2006.** Reply briefs shall be filed on or before **June 19, 2006.**

                                               _____
                                               United States District Judge