IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
|   FLEMING COMPANIES, INC., et al., | ) | Case No. 03-10945 |
| | ) | Jointly Administered |
|       Debtors. | ) | |
| | ) | |
| POST CONFIRMATION TRUST, | ) | |
| | ) | |
|       Plaintiff, | ) | |
| | ) | |
|   v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| CARTER PERROTT, | ) | C.A.No. 05-734 SLR |
| | ) | |
|       Defendant. | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned certifies that on this __1st__ day of __March__, 2006, two copies of the attached document:

**Plaintiff's First Set of Interrogatories Directed to Defendant**
**Plaintiff's First Requests for Production Directed to Defendant**

were served by mail upon the following in the manner indicated below:

**Via Overnight Delivery**
Mr. Carter Perrott
3163 Hickory Court
Hanford, CA 93230

                                    TYBOUT, REDFEARN & PELL

                                    SHERRY RUGGIERO FALLON (#2464)
                                    750 S. Madison Street, Suite 400
                                    P.O. Box 2092
                                    Wilmington, DE  19899-2092
                                    (302)658-6901
                                    Attorneys for Plaintiff