IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLEMING COMPANIES, INC., et al., | ) | Case No. 03-10945 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| POST CONFIRMATION TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| CARTER PERROTT, | ) | C.A.No. 05-734 SLR |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FIRM ADDRESS CHANGE

PLEASE TAKE NOTICE that Tybout, Redfearn & Pell, counsel to the plaintiff, Post Confirmation Trust in the above-captioned case, has changed its address to: 750 South Madison Street, Suite 400, P.O. Box 2092, Wilmington, DE 19899-2092, effective February 27, 2006.

TYBOUT, REDFEARN & PELL

/s/ Sherry Ruggiero Fallon
SHERRY RUGGIERO FALLON, ESQ.
DE BAR ID#2464
750 S. Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
Attorneys for the Plaintiff

DATED: 3/3/06

# CERTIFICATE OF SERVICE

I, SHERRY RUGGIERO FALLON, hereby certify that I have caused to be delivered in the manner indicated below, on this 3rd day of March, 2006, true and correct copies of the attached document addressed to:

**Via Overnight Delivery**
Mr. Carter Perrott
3163 Hickory Court
Hanford, CA 93230

TYBOUT, REDFEARN & PELL

_____
SHERRY RUGGIERO FALLON, ESQ.
DE BAR ID#2464
750 S. Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
Attorneys for the Plaintiff