IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLEMING COMPANIES, INC., et al., | ) | Case No.: 03-10945 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| ——————————————— | ) | |
| | ) | |
| POST CONFIRMATION TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | JURY TRIAL DEMANDED |
| | ) | |
| v. | ) | |
| | ) | C.A. No.: 05-734 SLR |
| CARTER PERROTT, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR SUMMARY JUDGMENT OF
## PLAINTIFF, POST CONFIRMATION TRUST

The Plaintiff, Post Confirmation Trust, by and through its undersigned counsel, hereby moves for summary judgment pursuant to Fed. R. Civ. P. 56(c), based upon the following grounds:

1. This is a slip-and-fall claim arising from alleged injury at a Food 4 Less store in Hanford, California, which occurred on or about November 30, 2002, before the Debtors' bankruptcy filing, on April 1, 2003.

2. Summary judgment is appropriate when the facts of record, viewed in the light most favorable to the plaintiff, establish that there are no material issues of fact in dispute and that the moving plaintiff is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(c). When the non-moving party fails to make a showing

sufficient to establish the existence of an element essential to that party's case, and, on which that party will bear the burden of proof at trial, summary judgment is appropriate. <u>Celotex Corp. v. Catrett</u>, 477 U.S. 317, 322 (1986).

    3.    Attached is Plaintiff, Post Confirmation Trust's Opening Brief in Support of Its Motion for Summary Judgment.

    4.    Summary Judgment is appropriate in favor of Post Confirmation Trust, as a matter of law, because Defendant, Carter Perrott, has failed to prove the claim asserted by him, by demonstrating negligence, proximate cause, and medical causation concerning the nature and extent of the injuries alleged, within a reasonable degree of medical probability.

WHEREFORE, based upon the foregoing reasons, the Plaintiff, Post Confirmation Trust, respectfully requests that the Court enter an order granting summary judgment in its favor, as a matter of law, and dismissing Defendant, Carter Perrott's claims against it, with prejudice.

Respectfully Submitted,

TYBOUT, REDFEARN & PELL

Dated: May 3, 2006

_____
SHERRY RUGGIERO FALLON
Bar ID #2464
750 South Madison Street #400
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
Attorneys for Plaintiff,
Post Confirmation Trust,
Administrator of the
Estate of Debtor, Fleming

-ii-

**CERTIFICATE OF SERVICE**

    I, Sherry Ruggiero Fallon, being a member of the bar of this Court, do hereby certify that on May 3, 2006, I had electronically filed with the Clerk of the Court using CM/ECF, **Motion for Summary Judgement of Plaintiff, Post Confirmation Trust,** and had this pleading sent via Federal Express to the following:

        Carter Perrott
        3163 Hickory Court
        Hansford, CA 93230
        Plaintiff *Pro Se*

                TYBOUT, REDFEARN & PELL

                _____
                SHERRY RUGGIERO FALLON
                Bar ID # 2464
                750 South Madison Street #400
                P.O. Box 2092
                Wilmington, DE 19899-2092
                (302) 658-6901
                Attorneys for Plaintiff,
                Post Confirmation Trust,
                Administrator of the
                Estate of Debtor, Fleming