IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLEMING COMPANIES, INC., et al., | ) | Case No.: 03-10945 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| POST CONFIRMATION TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | JURY TRIAL DEMANDED |
| | ) | |
| v. | ) | |
| | ) | C.A. No.: 05-734 SLR |
| CARTER PERROTT, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

After review and consideration of Post Confirmation Trust ("PCT")'s Motion for Summary Motion, and all responses thereto:

IT IS HEREBY ORDERED this _____ day of _____, 2006, that Summary Judgment is granted, in favor of PCT, as a matter of law, and Carter Perrott's claims against it are dismissed, with prejudice.

_____

J.