IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLEMING COMPANIES, INC., et al., | ) | Case No. 03-10945 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| POST CONFIRMATION TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| CARTER PERROTT, | ) | C.A.No. 05-734 SLR |
| | ) | |
| Defendant. | ) | |

**APPENDIX TO
PLAINTIFF POST CONFIRMATION TRUST'S OPENING BRIEF
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

TYBOUT, REDFEARN & PELL
Sherry Ruggiero Fallon
Bar ID # 2464
750 S. Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
(302)658-6901
Attorneys for Plaintiff
Post Confirmation Trust

Dated: May 3, 2006

**TABLE OF CONTENTS**

Exhibit                                                                   Page

1  -  Docket Entries 11541,11546,11547, 11728,11729,11730,
      11782 and 11831 from Case No.03-10945 MFW............ A-1

2  -  Defendant Perrott's Responses to Plaintiff's First
      Set of Interrogatories Directed to Defendant......... A-13

3  -  Defendant Perrott's Responses to Plaintiff's First
      Request for Production Directed to the Defendant ... A-23

## CERTIFICATE OF SERVICE

I, SHERRY RUGGIERO FALLON, hereby certify that I have caused to be served via Federal Express Overnight Delivery, on this 3rd day of May, 2006, true and correct copies of the attached document addressed to:

>Mr. Carter Perrott
>3163 Hickory Court
>Hanford, CA 93230

>TYBOUT, REDFEARN & PELL
>
>_____
>SHERRY RUGGIERO FALLON
>Bar ID # 2464
>750 S. Madison Street, Suite 400
>P.O. Box 2092
>Wilmington, DE 19899-2092
>(302) 658-6901
>Attorneys for Plaintiff
>Post Confirmation Trust