**EXHIBIT 1**

U.S. Bankruptcy Court
District of Delaware (Delaware)
Bankruptcy Petition #: 03-10945-MFW

*Assigned to:* Mary F. Walrath
Chapter 11
Voluntary
Asset

*Date Filed:* 04/01/2003

| | | |
|---|---|---|
| **FLEMING COMPANIES, INC.** 1945 Lakepointe Drive Lewisville, TX 75057-6424 Tax id: 48-0222760 *Debtor* *aka* **Big W of Florida, Inc.** *aka* **Heartland Supermarkets, Inc.** | represented by | **Christopher James Lhulier** Pachulski Stang Ziehl Young & Jones PC 919 N. Market Street 16th Floor Wilmington, DE 19899 usa 302-778-6405 Fax : 302-652-4400 **James E. O'Neill** Pachulski Stang Ziehl Young Jones & Wein 919 North Market Street 16th Floor PO Box 8705 Wilmington, DE 19899-8705 302-652-4100 Fax : 302-652-4400 Email: jo'neill@pszyj.com **James E. O'Neill** Pachulski, Stang, Ziehl, Young Jones & W 919 North Market Street, 16th Floor P.O. Box 8705 Wilmington, DE 19899-8705 usa 302-652-4100 Fax : 302-652-4400 Email: jo'neill@pszyj.com **Kathleen Marshall DePhillips** Pachulski Stang Ziehl Young & Jones PC 919 N. Market Street 15th Floor Wilmington, DE 19801 302-652-4100 Fax : 302-652-4400 *TERMINATED: 08/04/2003* **Laura Davis Jones** Pachulski, Stang, Ziehl Young, Jones & W |

**A-1**

919 N. Market Street
16th Floor
Wilmington, DE 19899-8705
usa
302 652-4100
Fax : 302-652-4400
Email: ljones@pszyjw.com

**Paula Ann Galbraith**
211 East Ohio # 2618
Chicago, IL 60611
312-832-9068
Fax : 312-832-9068
*TERMINATED: 05/06/2003*

**Scotta Edelen McFarland**
Pachulski Stang Ziehl Young Jones
10100 Santa Monica Blvd
11th Floor
Los Angeles, CA 90067
310-203-4260
Fax : 310-201-0760
Email: smcfarland@pszyj.com

**Scotta Edelen McFarland**
Pachulski Stang Ziehl Young & Jones PC
10100 Santa Monica Blvd
11th Floor
Los Angeles, CA 90067
usa
310-203-4260
Fax : 310-201-0760
Email: smcfarland@pszyj.com

**Sheldon K. Rennie**
Fox Rothschild LLP
919 market Street
Suite 1300
Wilmington, DE 19801
302-654-7444
Fax : 302-656-8920
Email: bankruptcy@frof.com

**Wilmer C Bettinger**
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709
usa
302-777-6500

A-2

Fax : 302-421-8390
Email: bettingerw@pepperlaw.com

| | | |
|---|---|---|
| **Castellammare Advisors, LLC, the Trustee of the Post Confirmation Trust** c/o Pepper Hamilton LLP Hercules Plaza, Suite 5100 1313 N. Market Street P.O. Box 1709 Wilmington, DE 19899-1709 (302) 777-6500 *Trustee* | represented by | **David M. Fournier** Pepper Hamilton LLP Hercules Plaza, Suite 5100 1313 Market Street Wilmington, DE 19899-1709 usa 302 777-6500 Fax : 302-421-8390 Email: fournierd@pepperlaw.com |

**United States Trustee**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

302-573-6491
*U.S. Trustee*

**Julie L. Compton**
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street

Suite 2313
Wilmington, DE 19801
usa
302-573-6491
*U.S. Trustee*

A-3

https://ecf.deb.uscourts.gov/cgi-bin/DktRpt.pl?325978288928623-L_985_0-1    5/1/2006

Robert Brady
Young, Conaway, Stargatt & Taylor
1100 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

*Mediator*

| | | |
|---|---|---|
| **Lisa Hill Fenning,** *Court Appointed Mediator*<br>Dewey Ballantine LLP<br>333 South Grand Avenue, 26th Floor<br>Los Angeles, CA 90071<br>(213)621-6000<br>*Mediator* | represented by | **Lisa Hill Fenning**<br>Dewey Ballantine LLP<br>333 South Grand Avenue<br>26th Floor<br>Los Angeles, CA 90071-1530<br>213-621-6000<br>Fax : 213-621-6100<br>Email: lfenning@deweyballantine.com |
| **Official Committee of Unsecured Creditors**<br>c/o Pepper Hamilton LLP<br>1201 Market Street<br>Suite 1600<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br><br>(302) 777-6500<br><br>*Creditor Committee* | represented by | **Aaron A. Garber**<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington, DE 19899-1709<br>usa<br>302-777-6500<br>Fax : 302-421-8390<br>Email: aag@kutnerlaw.com<br><br>**David M. Fournier**<br>(See above for address)<br><br>**Dennis Dunne, Esq.**<br>Milbank, Tweed, ET AL.<br>One Chase Manhattan Plaza<br>New York, NY 10005-1413<br>Email: ddunne@milbank.com, mhazy@milbank.com, jlewis@milbank.co<br><br>**Derrick Talerico**<br>Milbank<br>Email: dtalerico@milbank.com |

A-4

|  |  |  |
|---|---|---|
|  |  | **Paul S. Aronzon**<br>Milbank<br>*TERMINATED: 10/16/2003*<br><br>**Susheel Kirpalani**<br>Milbank |
| **OFFICIAL UNSECURED CREDITORS COMMITTEE**<br><br>*Creditor Committee* | represented by | **Pepper Hamilton**<br><br>**Aaron A. Garber**<br>(See above for address)<br><br>**Adam Hiller**<br>Pepper Hamilton<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington, DE 19899-1709<br>302-777-6500<br>Fax : 302-421-8390<br>Email: hillera@pepperlaw.com<br><br>**David M. Fournier**<br>(See above for address)<br><br>**Kirk A. Kennedy**<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601<br>(312)-861-2000<br>Fax : 312-861-2200<br>Email: kirk_kennedy@chicago.kirkland.com<br><br>**Wilmer C Bettinger**<br>(See above for address) |
| **Pepper Hamilton LLP**<br><br>c/o David M. Fournier, Esq.<br>1201 Market Street<br>Suite 1600<br>Wilmington, DE 19899-1709<br><br>(302) 777-6500<br><br>*Creditor* | represented by | **Aaron A. Garber**<br>(See above for address)<br><br>**David M. Fournier**<br>(See above for address)<br><br>**James C. Carignan**<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington, DE 19801<br>302-777-6500<br>Fax : 302-421-8390<br>Email: carignaj@pepperlaw.com |

A-5

|  |  |
|---|---|
| *Committee* | **Wilmer C. Bettinger**<br>Pepper Hamilton LLP<br>Hercules Building, Suite 5100<br>1313 Market Street<br>Wilmington, DE 19809<br>302-777-6500<br>Fax : 302-421-8390<br>Email: flbank@pepperlaw.com |
| **Official Committee of Reclamation Creditors**<br>*Creditor Committee* | represented by **Jennifer Lee Scoliard**<br>Klehr Harrrison Harvey Branzburg & Eller<br>919 Market Street<br>Suite 1000<br>Wilmington, DE 19801<br>302-552-5510<br>Fax : 302-426-9193<br>Email: jscoliard@klehr.com<br><br>**Stephanie Ann Fox**<br>Klehr Harrison Harvey Branzburg & Ellers<br>919 Market Street<br>Suite 1000<br>Wilmington, DE 19801<br>usa<br>302-552-5515<br>Fax : 302-426-9193<br>Email: sfox@klehr.com<br><br>**Steven K. Kortanek**<br>Klehr Harrison Harvey Branzburg & Ellers<br>919 Market St.,Suite 1000<br>Suite 1000<br>Wilmington, DE 19801<br>usa<br>302-552-5503<br>Fax : 302-426-9193<br>Email: skortane@klehr.com |

| 08/23/2005 | 11541 | Objection to *Claim Number 914 Filed by Carter Perrott [Hearing Date: September 27, 2005 at 10:30 a.m.; Objections Due: September 20, 2005]* Filed by Post-Confirmation Trust (Attachments: # 1 Notice # 2 Exhibit s A through K# 3 Proposed Form of Order # 4 Affidavit of Service and Service List) (McFarland, Scotta) (Entered: 08/23/2005) |

| 08/24/2005 | 11546 | PCT's Motion for Determination that Objection to Claim No. 914 is Non-Core Filed by Post-Confirmation Trust. (Attachments: # 1 Notice # 2 Proposed Form of Order # 3 Affidavit of Service# 4 Service List # 5 Supplemental Service List) (McFarland, Scotta) Modified duplicate text on 9/9/2005 (MML, ). (Entered: 08/24/2005) |

A-8

| 08/24/2005 | 11547 | Motion to Withdraw the Reference Fee Amount $150. Filed by Post-Confirmation Trust. (Attachments: # 1 Exhibit A - [PCT's Objection to Claim No. 914]# 2 Exhibit B# 3 Proposed Form of Order # 4 Affidavit of Service# 5 Service List # 6 Supplemental Service List) (McFarland, Scotta) (Civil Action #05-734) Modified text on 10/24/2005 (MML, ). (Entered: 08/24/2005) |

A-9

| 09/20/2005 | 11728 | Response to *PCT's Objection to Claim Number 914 Filed by Carter Perrott* (related document(s)11541 ) Filed by Carter Perrott (Attachments: # 1 Exhibits) (MML, ) (Entered: 09/21/2005) |
|---|---|---|
| 09/20/2005 | 11729 | Response to *PCT's Motion for Determination that Objection to Claim No. 914 is Non-Core* (related document(s)11546 ) Filed by Carter Perrott (Attachments: # 1 Exhibits) (MML, ) (Entered: 09/21/2005) |
| 09/20/2005 | 11730 | Response to *PCT's Motion to Withdraw the Reference* (related document(s)11547 ) Filed by Carter Perrott (Attachments: # 1 Exhibits) (MML, ) (Entered: 09/21/2005) |

A-10

| 09/27/2005 | 11782 | Order Determining That Objection to Claim No. 914 is Non-Core. (related document(s)11546 ) Signed in Court on 9/27/2005. (LCN, ) (Entered: 09/27/2005) |

**A-H**

| 10/05/2005 | 11831 | Affidavit/Declaration of Service *Regarding Order Determining That Objection to Claim No. 914 is Non-Core* (related document(s)11782 ) Filed by FLEMING COMPANIES, INC., et al. (O'Neill, James) (Entered: 10/05/2005) |

A-12