**EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLEMING COMPANIES, INC., et al., | ) | Case No. 03-10945 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| _____ | ) | |
| POST CONFIRMATION TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| CARTER PERROTT, | ) | C.A.No. 05-734 SLR |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S FIRST SET OF INTERROGATORIES
DIRECTED TO DEFENDANT**

Pursuant to the Federal Rules of Civil Procedure, Plaintiff(s) hereby request that Defendant(s) answer, under oath, the following Interrogatories within thirty (30) days from service of same. These Interrogatories are to be deemed continuing and if information comes into the possession of Defendant(s) during the pendency of this litigation which would cause the answers initially or previously given to be incomplete, incorrect or misleading, Defendant(s) is requested immediately upon receipt of such information to supplement his answers.

**Please note well:** these Interrogatories are of a continuing nature and your responses must be supplemented whenever additional responsive documents or other information comes into your possession, custody or control or otherwise comes to your knowledge.

1

A-13

include not only the named defendant but the defendant's decedent.

## INTERROGATORIES

1. Please state the following: your full legal name, and all names you have ever used, or by which you have been known, including nicknames, maiden names, etc; your current home address and telephone number, and current work address and telephone number; your date of birth and place of birth.

ANSWER: Carter Perrott — Carter Parrott
3163 Hickory Court  (559)589-1974
Retired 7-22-34 Converse LA.

2. Give the name and last known addresses of all persons who have knowledge of how or why the accident occurred, identifying those who were eye witnesses.

ANSWER: Charles Perez
Food 4 Less Manager on Duty 11-36-02
No Addres was given by Him to me.

3. Describe in detail your version of how this accident occurred.

ANSWER: I slipped and fell in the Food 4 Less store and landed mostly on my right knee causing my current Injuries. Store Personell and Police found skid marks and a sticky substance that had been waxed over on the floor causing me to slip & fall.

A-14

THe WAXeD OVeR SUBSTANCe I SlIPPeD IN WAS AlSo Seen by PARAmeDIC CAPTIAN ClINTON SMITH.

4. Please state whether you had anything to drink of an alcoholic nature within 24 hours before this accident and whether you took any sleeping pills, tranquilizers, medicines, drugs, pills or injections within 48 hours before this accident.

ANSWER: I have never SmokeD - DyANK Alcohol took SleePING PiIIS - tyANquilizeRS - NeveyuseD DyuGS - hAD Not took ANY meDICINE-PIIIS OR INJection AtANY time before this ACCIDeNt.

5. Have you ever pled guilty or been convicted of any crime other than traffic violations and, if so, please describe in detail and provide the dates of the offense.

ANSWER: I never have been CONVICteD OF ANY KIND OF CYIME IN MY life.

4

A-15

6. Describe in detail each injury, illness, complaint, or disease you claim to have suffered in the accident or as a result of the accident upon which the complaint is based and as to each such separate designation, the name, address and phone number of each healthcare provider who has treated you:

ANSWER: SEE ATTACHED EHHIBITS TO THIS PAGE.

7. If you are under the care of any physician, surgeon or other person skilled in the healing arts at the present time, state the name and address of such person and the condition you are being treated for:

ANSWER: NOT UNDER the CARE OF ANY ONE.

8. Describe in detail all illnesses, infirmities, diseases, or injuries which you had, or were informed that you had during the 20 years prior to the accident which is the subject of this litigation and the name, address and phone number for each health care provider who has treated you.

ANSWER: NONE

9. If you have received any psychological or psychiatric examination or treatment within the last five years, give the name and address of the person rendering such examination or treatment and a specific description of the nature of such examination or treatment.

ANSWER: NEVER HAVE

10. Please state the name, address and telephone number of

A-17

your family physician currently, and for the past ten years.

ANSWER: I never had a personal physician

11. Have you ever suffered from or received treatment for the following: double vision, blurred vision, instability of balance, infection or disease of the inner ear, vertigo, dizzy spells, fainting spells, heart disease, apoplexy, epilepsy, paralysis, high blood pressure, diabetes, brain or nervous disorder, or muscular disorder?

ANSWER: NO

12. If you have had at any time in your life up to the date of answering these interrogatories any sickness, injuries or disabilities not specifically described in answers to previous interrogatories, and excluding ordinary childhood diseases,

Yes I been sick numerous times in my lifetime but could not afford to go to see a doctor. And if asked why! I will be more than happy to explain why...



A-18

describe each such sickness, injury or disability separately and as to each, state the name, address and telephone number of the healthcare provider who treated you.

ANSWER: NONE

13. If you have ever been involved in any accident of any kind whatsoever at any time other than the one which is the subject of this litigation, including automobile accidents, falls, something falling on you, or in any other way whatsoever, in which you sustained physical injuries of any kind whatsoever, state the date of such accident and describe it in detail.

ANSWER: NONE

14. State the name and address of every expert retained or employed by you in anticipation of this litigation or preparation

A-19

for trial, whether or not you expect to call him as a witness at trial, and, as to each, state the substance of the facts and opinions of the experts' proposed testimony.

ANSWER: *NONE*

15. In accordance with the <u>Green v. Bloodsworth,</u> Del. Super., 501 A.2d 1257 (1985), the plainitiff requests the defendant to execute two copies of the attached medical authorization. If the plaintiff refuses to sign the authorization, please state the reason for the refusal.

ANSWER: *SIGNED ENCLOSED COPY.*

16. State the name and address of all persons who you expect to call as witnesses at trial and for each such person, please state their occupation and/or area of specialization and give a

9

*NONE At This Time*

brief summary of their anticipated testimony.

**ANSWER:** NONE AT THIS TIME

TYBOUT, REDFEARN & PELL

*/s/ Sherry Ruggiero Fallon*
SHERRY RUGGIERO FALLON (#2464)
750 S. Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE   19899-2092
(302) 658-6901
Attorneys for Plaintiff

DATED: 3/1/06

A-21

*EXHIBIT (Question 6)*

# Certified Medical Group, Inc.

*D. Lancy Allyn, M.D., Board Certified Orthopedic Surgeon*
*Susan L. Hartunian, M.D., Board Certified General Surgeon*

470 Greenfield Avenue, Suite 35, Hanford, CA 93230
Telephone (559) 584-3000   Fax (559) 583-8456

January 28, 2003

Greg Moore, Claim Representative
ESIS
P.O. Box 154409
Irving, Texas 75015

RE: Incident No.:    9489-220-995810-2
     Patient:         Carter Perrott
     Date Incident:   11/30/2002

Dear Mr. Moore:

I saw Carter Perrott in my office today. He has an injury to his right knee that apparently resulted from a fall while at Food 4 Less on 11/30/02. This injury requires surgery if there is any hope for his knee to function relatively normally again. The sooner the surgery is to be done, the more likely Mr. Perrott is to develop relatively normal function of his right knee.

Please consider this request for authorization of that surgery.

Yours truly,

*D. Lancy Allyn, MD /R*

D. Lancy Allyn, M. D.

Enc.

Page 1 of 1

A-22