**Exhibit 3**

**SEALED DOCUMENT**