IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLEMING COMPANIES, INC., et al., | ) | Case No.: 03-10945 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| ——————————————— | ) | |
| | ) | |
| POST CONFIRMATION TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | JURY TRIAL DEMANDED |
| | ) | |
| v. | ) | |
| | ) | C.A. No.: 05-734 SLR |
| CARTER PERROTT, | ) | |
| | ) | |
| Defendant. | ) | |

**REDACTED EXHIBIT 3 TO APPENDIX FOR PLAINTIFF'S OPENING BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT [D.I. 15]**

```
TYBOUT, REDFEARN & PELL
Sherry Ruggiero Fallon
Bar ID # 2464
750 S. Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
Attorneys for Plaintiff
Post Confirmation Trust
```

```
Dated: May 5, 2006
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

APR 0 7 2006

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLEMING COMPANIES, INC., et al., | ) | Case No. 03-10945 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| POST CONFIRMATION TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| CARTER PERROTT, | ) | C.A.No. 05-734 SLR |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION
## DIRECTED TO THE DEFENDANT

The Plaintiff, Post Confirmation Trust, requests the Defendant to produce for examination and copying at the office of the attorney for the plaintiff, on or before thirty (30) days from the date of receipt of this request, the following items:

1.   All hospital records, doctors' summaries and reports, reports concerning any physical tests performed on or concerning the injured defendant, and any other matter in writing prepared by or on behalf of any person trained in the healing arts concerning the injured defendant's past, present, or future physical condition, insofar as such matters in writing may be in the possession, custody or control of the defendant or available to the defendant, defendant's insurer, or defendant's attorney upon request by him to any doctor, hospital or other person.

*All Records Enclosed*
*(see Booklet)*

A-21

2.    Copies  of  all  statements,  bills  or  cancelled  checks showing the amount charged for services rendered to the injured defendant, or items sold to the defendant in connection with the care of the injured defendant's alleged injuries.

3.    Copies  of  all  photographs,  sketches,  diagrams  or  other drawings taken by, or prepared by you, or on your behalf, or in your possession or available to you, concerning any aspect of the litigation.

4.    Copies of Federal Income Tax returns for the past five years.   *NONE Filed — Retired*

5.    Copies of all statements or summaries of interviews taken of any person with respect to any issue in the case, including, but not limited to, the plaintiff or his agents and the defendant or the defendant's agents.
*See Enclosed Booklet*

6.    Copies of all reports of investigation, findings of fact, observation of facts or circumstances or any other matter relating to any aspect of the litigation.
*SEE Enclosed Booklet*

7.    Any  reports  by  any  person  qualifying  as  an  expert containing  opinions  and/or  facts  on  which  opinions  are  based concerning any aspect of the litigation.
*SEE Enclosed Booklet*

8.    Insofar  as  any  insurer,  including  but  not  limited  to

A-24

workmens' compensation insurers or automobile PIP coverage insurers, may have reports, records or the like, which are available to the defendant upon request, then copies of such reports and records.

9. Any other relevant documents available to you and relied upon or mentioned in your responses to discovery.

*SEE ENCLOSED BOOKLET.*

TYBOUT, REDFEARN & PELL

Dated: 3/1/06

SHERRY RUGGIERO FALLON (#2464)
750 S. Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
Attorney for Plaintiff

A-25

## CERTIFICATE OF SERVICE

I, SHERRY RUGGIERO FALLON, hereby certify that I have caused to be delivered in the manner indicated below, on this 5th day of May , 2006, true and correct copies of the attached document addressed to:

**Via Overnight Delivery**
Mr. Carter Perrott
3163 Hickory Court
Hanford, CA 93230

TYBOUT, REDFEARN & PELL

/s/ Sherry Ruggiero Fallon
SHERRY RUGGIERO FALLON, ESQ.
DE BAR ID#2464
750 S. Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
Attorneys for the Plaintiff