**CERTIFICATE OF SERVICE**

I, Timothy S. Martin, being a member of the bar of this Court, do hereby certify that on June 16, 2006, I had electronically filed with the Clerk of the Court using CM/ECF, **Post Confirmation Trust's Reply Brief in Support of Its Motion for Summary Judgment**, and had this pleading sent via Certified Mail to the following:

    Carter Perrott
    3163 Hickory Court
    Hansford, CA 93230
    Plaintiff *Pro Se*

    TYBOUT, REDFEARN & PELL

    SHERRY RUGGIERO FALLON, I.D. 2464
    TIMOTHY S. MARTIN, I.D. 4578
    750 South Madison Street #400
    P.O. Box 2092
    Wilmington, DE 19899-2092
    (302) 658-6901
    Attorneys for Plaintiff,
    Post Confirmation Trust,
    Administrator of the
    Estate of Debtor, Fleming