IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| FLEMING COMPANIES INC., ) | Bk. No. 03-10945(MFW) |
| et al., ) | Jointly Administered |
| ) | |
| Debtors. ) | |
| | |
| POST CONFIRMATION TRUST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-734-SLR |
| ) | |
| CARTER PERROTT, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

For reasons stated in the court's memorandum order of March 22, 2007;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiff Post Confirmation Trust and against defendant Carter Perrott.

_____
United States District Judge

Dated: March 22, 2007

_____
(By) Deputy Clerk